Electronically Filed - Taney - November 04, 2019 - 03:56 PM

## IN THE CIRCUIT COURT OF TANEY COUNTY, MISSOURI

| | |
|---|---|
| GRAYSON DENNIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No: _____ |
| | ) |
| RALPH LAUREN CORPORATION | ) |
| 625 Madison Avenue, 5th Floor | ) |
| New York, New York 10022 | ) |
| | ) |
| and | ) |
| | ) |
| RALPH LAUREN RETAIL, INC. | ) |
| RALPH LAUREN POLO OUTLET/ | ) |
| Serve registered agent: | ) |
| CSC -Lawyers Incorporating | ) |
| Service Company | ) |
| 221 Bolivar Street | ) |
| Jefferson City, Missouri 65101 | ) |
| | ) |
| Defendants. | ) |

### PETITION FOR DAMAGES

COMES NOW Plaintiff, Grayson Dennis, by and through his attorneys of record, Hall Ansley, P.C., and for his cause of action against Ralph Lauren Corporation and Ralph Lauren Retail, Inc. d/b/a Ralph Lauren Polo Outlet, states, alleges and avers to the Court as follows:

#### PLAINTIFF

1.      Plaintiff is a resident of Missouri and is a male.

#### DEFENDANT

2.      Defendant Ralph Lauren Retail, Inc. d/b/a Ralph Lauren Polo Outlet (hereinafter Defendant "Ralph Lauren") is a foreign corporation authorized to do business in the state of Missouri.  Defendant Ralph Lauren operates a retail store in Branson, Taney County, Missouri. Ralph Lauren may be served by serving its registered agent at the address listed in the caption.

EXHIBIT
*A*

1

Electronically Filed - Taney - November 04, 2019 - 03:56 PM

3.      Defendant Ralph Lauren Corporation (hereinafter Defendant "RLC") is a foreign corporation not authorized or registered to do business in the state of Missouri.  In the alternative to the pleading in paragraph two above, Defendant RLC is the owner/operator of a retail store in Branson, Taney County, Missouri.

## VENUE AND JURISDICTION

4.      The causes of action asserted herein sound in tort.

5.      The discrimination/harassment described herein occurred in Taney County, Missouri.

6.      Plaintiff seeks damages in excess of $25,000.00.

7.      Plaintiff filed a timely Charge of Discrimination with the Missouri Commission on Human Rights.

8.      The Missouri Commission on Human Rights issued a Right to Sue Letter permitting Plaintiff to file a claim in circuit court.  A true and correct copy of the Right to Sue Letter is attached hereto as Exhibit "A" and incorporated herein by reference.

9.      It has been less than ninety (90) days since the Right to Sue Letter was first issued.

10.     At all times relevant, Defendants each have had more than six (6) employees.

11.     Pursuant to Section 213.111 RSMo., this court has jurisdiction and venue in this cause.

## FACTS COMMON TO ALL COUNTS

12.     Plaintiff was initially hired by Ralph Lauren or, alternatively, RLC, to work as a sales associate in April 2018 at the outlet store in Branson, Missouri.

13.     Shortly after Plaintiff began employment, he was subjected to comments and behavior of a sexual nature exhibited by the assistant manager of the outlet store.   These comments included questions and statements about Plaintiff's sex life, as well as comments about the manager's sex life.

14.     Plaintiff complained of the behavior described in the preceding paragraph to the management of Defendant Ralph Lauren or alternatively RLC.    Following the report to management, Plaintiff reported this conduct to Defendants' outsourced HR firm.

15.     On or September, David Hutton, a former manager for Defendant Ralph Lauren, or RLC, posted a negative comment on Facebook regarding Defendants and Plaintiff.

16.     After Plaintiff responded to the post, Mr. Hutton showed up at the store and threatened Plaintiff.

17.     Plaintiff called the police report to report of the threat/harassment.

18.     Following this incident, Plaintiff was contacted by his District Manager, told he should not have called the police, could not file a police report, and was not following store policy.

19.     Despite the reprimand by the District Manager, Plaintiff filed a police report complaining of the harassment/threat with the police.

20.     In October 2018 Plaintiff was interviewed by the District Manager for the position of Assistant Manager and Selling Manager. The District Manager told Plaintiff he would not be

3

promoted as a result of his prior report of sexual harassment and his handling of the threat by David Hutton.

21.     In January 2019, Plaintiff was suspended until further notice without cause. Although Plaintiff was allowed to return to work in February, Plaintiff was constructively discharged as no reasonable person would be able to continue employment in the face of the retaliation/harassment encountered by Plaintiff.

**COUNT I**
**SEXUAL HARASSMENT IN VIOLATION**
**OF THE MISSOURI HUMAN RIGHTS ACT**

**COMES NOW** Plaintiff, Grayson Dennis, by and through his attorneys of record, Hall Ansley, P.C., and for Count I of his cause of action against Defendants, states, alleges and avers to the Court as follows:

22.     Plaintiff restates, realleges, and incorporates herein all preceding paragraphs of this Petition as though they were fully restated *in haec verba*.

23.     The conduct described above was unwelcome by Plaintiff.

24.     The conduct described above was based on Plaintiff's sex (i.e. male).

25.     Plaintiff was subjected to a hostile/discriminatory work environment and constructively discharged due to his sex; a causal nexus exists between said actions and the Plaintiff's sex.

26.     The acts mentioned above were in violation of RSMo. § 213.055.

27.     The acts mentioned above interfered with Plaintiff's enjoyment of the benefits, privileges, terms and conditions of her employment.

28.     As a direct and proximate result of the discrimination, hostile work environment, and the termination, Plaintiff has suffered the following:

4

    (a)    Lost income, including but not limited to back pay, front pay and lost benefits;

    (b)    Lost career opportunities, including but not limited to opportunities for advancement, status, pay and benefits; and

    (c)    Mental and emotional anguish defined as "garden variety" by Missouri law.

29.    Pursuant to the MHRA, RSMo. § 213.111, Plaintiff is entitled to and hereby requests an award of attorney's fees and post judgment interest at the highest lawful rate on any award or verdict provided.

30.    The actions of Defendant Ralph Lauren, or RLC, were willful, wanton, and in complete indifference to Plaintiff's rights. These actions are sufficient to justify the award of punitive damages to deter said Defendants, and other similarly situated Defendants, from like conduct in the future.

WHEREFORE, Plaintiff prays for an award of damages against Defendants Ralph Lauren Corporation, and/or Ralph Lauren Retail, Inc. d/b/a Ralph Lauren Polo Outlet, in an amount determined to be fair and reasonable; for an award of attorney's fees; for post-judgment interest at the highest lawful rate on any judgment rendered; for punitive damages sufficient to deter Defendants and others similarly situated, from like actions in the future; and for such other and further relief as the Court deems just and proper.

5

## COUNT II
## RETALIATION IN VIOLATION
## OF THE MISSOURI HUMAN RIGHTS ACT

**COMES NOW** Plaintiff, Grayson Dennis, by and through his attorneys of record, Hall Ansley, P.C., and for Count II of his cause of action against Defendants states, alleges and avers to the Court as follows:

31.     Plaintiff restates, realleges, and incorporates herein all preceding paragraphs of this Petition as though they were fully restated *in haec verba*.

32.     Defendants retaliated against Plaintiff for engaging in acts protected and encouraged by the Missouri Human Rights Act.  In particular, Plaintiff was disciplined and terminated for reporting and objecting to sexual harassment he reasonably believed to be violations of the Missouri Human Rights Act.

33.     As a direct and proximate result of Plaintiff's objections and report(s), Plaintiff was terminated from his job and has suffered the following:

(a)     Lost income, including but not limited to back pay, front pay and lost benefits;

(b)     Lost career opportunities, including but not limited to opportunities for advancement, status, pay and benefits; and

(c)     Mental and emotional anguish defined as "garden variety" by Missouri law.

34.     Pursuant to the MHRA, RSMo. § 213.111, Plaintiff is entitled to and hereby requests an award of attorney's fees and post judgment interest at the highest lawful rate on any award or verdict provided.

6

Electronically Filed - Taney - November 04, 2019 - 03:56 PM

35.    The actions of Defendants were willful, wanton, and in complete indifference to Plaintiff's rights.  These actions are sufficient to justify the award of punitive damages to deter said Defendants, and other similarly situated Defendants, from like conduct in the future.

**WHEREFORE**, Plaintiff prays for an award of damages against Defendants, Ralph Lauren Corporation, and/or Ralph Lauren Retail, Inc. d/b/a Ralph Lauren Polo Outlet, in an amount determined to be fair and reasonable; for an award of attorney's fees; for an award of post-judgment interest at the highest lawful rate on any judgment rendered; for punitive damages sufficient to deter Defendants, and others similarly situated, from like actions in the future; and for such other and further relief as the Court deems just and proper.

                              HALL ANSLEY,
                              A Professional Corporation

                              By: /s/ *Benjamin A. Stringer*
                                  BENJAMIN A. STRINGER
                                  Missouri Bar Number 50415
                                  TIMOTHY A. RICKER
                                  Missouri Bar Number 62050

                              3275 East Ridgeview
                              Springfield, MO  65804
                              Telephone:    417/890-8700
                              Facsimile:    417/890-8855
                              Email: bstringer@hallansley.com
                              Email: tricker@hallansley.com

                              *Attorneys for Plaintiff*

7



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
# MISSOURI COMMISSION ON HUMAN RIGHTS

MICHAEL L. PARSON
GOVERNOR

ANNA S. HUI
DEPARTMENT DIRECTOR

MARTHA STAGGS
COMMISSION CHAIRPERSON

ALISA WARREN, PH.D.
EXECUTIVE DIRECTOR

Exhibit A

Grayson Dennis
131 Ashford Drive
Hollister, MO 65672

## NOTICE OF RIGHT TO SUE

RE:  Grayson Dennis vs. RALPH LAUREN POLO OUTLET/RALPH LAUREN RETAIL, INC.
E-02/19-50597  28E-2019-00619C

The Missouri Commission on Human Rights (MCHR) is terminating its proceedings and issuing this notice of your right to sue under the Missouri Human Rights Act because you have requested a notice of your right to sue.

This letter indicates your right to bring a civil action within 90 days of the date of this notice against the respondent(s) named in the complaint. Such an action may be brought in any circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred, but it must be brought no later than two years after the alleged cause occurred or its reasonable discovery. Upon issuance of this notice, the MCHR is terminating all proceedings relating to the complaint. No person may file or reinstate a complaint with the MCHR after the issuance of a notice of right to sue relating to the same practice or act. You are hereby notified of your right to sue the Respondent(s) named in your compliant in state circuit court. **THIS MUST BE DONE WITHIN 90 DAYS OF THE DATE OF THIS NOTICE OR YOUR RIGHT TO SUE IS LOST.**

You are also notified that the Executive Director is hereby administratively closing this case and terminating all MCHR proceedings relating to it.  This notice of right to sue has no effect on the suit-filing period of any federal claims. This notice of right to sue is being issued as required by Section 213.111.1, RSMo, because it has been over 180 days after the filing of the complaint and MCHR has not completed its administrative processing.

Respectfully,

Alisa Warren, Ph.D.
Executive Director

August 7, 2019
Date

C:  additional contacts listed on next page

☒  ☐  ☐  ☐  ☐

3315 W. TRUMAN BLVD.
P.O. BOX 1129
JEFFERSON CITY, MO 65102-1129
PHONE: 573-751-3325

111 N. 7TH STREET, SUITE 903
ST. LOUIS, MO 63101-2100
PHONE: 314-340-7590
FAX: 314-340-7238

P.O. BOX 1300
OZARK, MO 65721-1300

1410 GENESSEE, SUITE 260
KANSAS CITY, MO 64102
FAX: 816-889-3582

106 ARTHUR STREET
SUITE D
SIKESTON, MO 63801-5454
FAX: 573-472-5321

*Missouri Commission on Human Rights is an equal opportunity employer/program. Auxiliary aides and services are available upon request to individuals with disabilities.*
TDD/TTY:  1-800-735-2966 (TDD)   Relay Missouri: 711
www.labor.mo.gov/mohumanrights   E-Mail: mchr@labor.mo.gov

Electronically Filed - Taney - November 04, 2019 - 03:56 PM

RE:   Grayson Dennis vs. RALPH LAUREN POLO OUTLET/RALPH LAUREN RETAIL, INC.
      E-02/19-50597  28E-2019-00619C

Jonathan Shiffman, V.P./General Counsel
RALPH LAUREN POLO OUTLET/RALPH LAUREN RETAIL, INC.
625 Madison Avenue, 5th Floor
New York, NY 10022

Angie Demshar, Paralegal
Hall Ansley, PC
3275 East Ridgeview
Springfield, MO 65804

Electronically Filed - Taney - November 04, 2019 - 03:56 PM



# IN THE 46TH JUDICIAL CIRCUIT, TANEY COUNTY, MISSOURI

| Judge or Division:<br>JEFFREY M MERRELL | Case Number: 1946-CC00231 |
|---|---|
| Plaintiff/Petitioner:<br>GRAYSON CHRISTOPHER DENNIS | Plaintiff's/Petitioner's Attorney/Address:<br>BENJAMIN A. STRINGER<br>3275 EAST RIDGEVIEW<br>PO BOX 4609<br>vs. SPRINGFIELD, MO 65808 |
| Defendant/Respondent:<br>RALPH LAUREN CORPORATION | Court Address:<br>266 MAIN STREET<br>PO BOX 129 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | FORSYTH, MO 65653 |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

| The State of Missouri to: RALPH LAUREN CORPORATION |
|---|
| **Alias:** |

625 MADISON AVE., 5TH FLOOR
NEW YORK, NY 10022

*COURT SEAL OF*

CIRCUIT COURT OF MISSOURI

*TANEY COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

| 11/05/2019 | /s/ Amy Strahan,tm |
|---|---|
| Date | Clerk |

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   - ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   - ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - ☐ other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____     _____
Printed Name of Sheriff or Server     Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
*(Seal)* ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

| **Service Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| **Total** | $_____ |

See the following page for directions to officer making return on service of summons.

OSCA (07-18) SM60 (SMOS) *For Court Use Only*: Document ID# 19-SMOS-80    1 of 2 **(1946-CC00231)**    Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

OSCA (07-18) SM60 (SMOS) *For Court Use Only:* **Document ID# 19-SMOS-80**      2  of  2  **(1946-CC00231)**                    Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Case 6:19-cv-03432-DPR   Document 1-1   Filed 12/19/19   Page 11 of 14



# IN THE 46TH JUDICIAL CIRCUIT, TANEY COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JEFFREY M MERRELL | Case Number: 1946-CC00231 |
| Plaintiff/Petitioner:<br>GRAYSON CHRISTOPHER DENNIS | Plaintiff's/Petitioner's Attorney/Address<br>BENJAMIN A. STRINGER<br>3275 EAST RIDGEVIEW<br>PO BOX 4609<br>SPRINGFIELD, MO 65808 |
| vs. | |
| Defendant/Respondent:<br>RALPH LAUREN CORPORATION | Court Address:<br>266 MAIN STREET<br>PO BOX 129<br>FORSYTH, MO 65653 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: RALPH LAUREN RETAIL, INC. RALPH LAUREN POLO OUTLET
Alias:

CSC LAWYERS INCORPORATING
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

*COURT SEAL OF*

*TANEY COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| 11/05/2019 | /s/ Amy Strahan,tm |
|---|---|
| Date | Clerk |

Further Information:

## Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____

_____          _____
Date                                        Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $___10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 19-SMCC-554**          1 of 1          Civil Procedure Form No. 1; Rules 54.01 – 54.05,<br>54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:19-cv-03432-DPR   Document 1-1   Filed 12/19/19   Page 12 of 14



**IN THE 46TH JUDICIAL CIRCUIT, TANEY COUNTY, MISSOURI**

RECEIVED
NOV 15 2019
COLE COUNTY
SHERIFF'S OFFICE

| | |
|---|---|
| Judge or Division:<br>JEFFREY M MERRELL | Case Number: 1946-CC00239 |
| Plaintiff/Petitioner:<br>GRAYSON CHRISTOPHER DENNIS | Plaintiff's/Petitioner's Attorney/Address<br>BENJAMIN A. STRINGER<br>3275 EAST RIDGEVIEW<br>PO BOX 4609<br>SPRINGFIELD, MO 65808 |
| vs. | |
| Defendant/Respondent:<br>RALPH LAUREN CORPORATION | Court Address:<br>266 MAIN STREET<br>PO BOX 129<br>FORSYTH, MO 65653 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **RALPH LAUREN RETAIL, INC. RALPH LAUREN POLO OUTLET**
**Alias:**

CSC LAWYERS INCORPORATING
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

**COURT SEAL OF**

**TANEY COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| 11/05/2019 | /s/ Amy Strahan,tm |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_CSC Lawyers - S.L._ (name) _Designee_ (title).

☐ other: _____

Served at _350 E. High St._ (address)

in _Cole_ (County/City of St. Louis), MO, on _11-19-19_ (date) at _8:30 A_ (time).

_Sheriff John P. Wheeler_     By     _Dep. B. Hettinger 36_
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____
Date                                    Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $ 10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



**Your Missouri Courts**

aseo.net

Search for Cases by: Select Search Method... ▼

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print      GrantedPublicAccess   Logoff CHARLESEREIS4

**1946-CC00231 - GRAYSON DENNIS V RALPH LAUREN CORPORATION ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

Click here to eFile on Case     **Sort Date Entries:** ◉ Descending ○ Ascending     **Display Options:** All Entries ▼
Click here to Respond to Selected Documents

**12/12/2019**   ☐ **Corporation Served**
Document ID - 19-SMCC-554; Served To - RALPH LAUREN RETAIL, INC. RALPH LAUREN POLO OUTLET; Server - CLAY COUNTY SHERIFF; Served Date - 17-NOV-19; Served Time - 08:30:00; Service Type - Sheriff Department; Reason Description - Served
    **Associated Entries:** 11/05/2019 - **Summons Issued-Circuit**

**11/05/2019**   ☐ **Summons Issued-Circuit**
Document ID: 19-SMCC-554, for RALPH LAUREN RETAIL, INC. RALPH LAUREN POLO OUTLET.
    **Associated Entries:** 12/12/2019 - **Corporation Served**

☐ **Summons Issued-Circuit**
Document ID: 19-SMOS-80, for RALPH LAUREN CORPORATION.

**11/04/2019**   ☐ **Filing Info Sheet eFiling**
    **Filed By:** BENJAMIN A. STRINGER

☐ **Pet Filed in Circuit Ct**
Petition; Exhibit A.-tm
    **On Behalf Of:** GRAYSON CHRISTOPHER DENNIS

☐ **Judge Assigned**

Case.net Version 5.14.0.16     Return to Top of Page     Released 10/24/2019